1
2
3
4
5
6
7
8
9              UNITED STATES DISTRICT COURT
10            CENTRAL DISTRICT OF CALIFORNIA
11
12  ALEJANDRO GONZALEZ,              )  Case No. CV 12-5851 JAK (MRW)
                                      )
13                     Plaintiff,     )
                 vs.                  )  JUDGMENT
14                                    )
    CAROLYN W. COLVIN,               )
15  Acting Commissioner of Social    )
    Security,                        )
16                                    )
                      Defendant.      )
17  _____    )
18
19        Pursuant to the Order Accepting Findings and Recommendations of the
20  United States Magistrate Judge,
21        IT IS ADJUDGED that the decision of the Administrative Law Judge is
22  AFFIRMED.  Judgment is hereby entered in favor of Defendant.
23
24
25  DATE:  October 7, 2013     _____
26                              HON. JOHN A. KRONSTADT
                                UNITED STATES DISTRICT JUDGE
27
28